**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**ANTHONY C. JOHNSTON,**          *

       **Plaintiff,**                         *

**vs.**                              *          **CIVIL ACTION NO. 12-00601-B**

**CAROLYN W. COLVIN,**            *
**Commissioner of Social Security,**   *

       **Defendant.**                        *

## JUDGMENT

In accordance with the Order entered on March 17, 2014, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for child's insurance benefits and supplemental security income be **AFFIRMED**.

**DONE** this  **20th** day of **March, 2014**.

_____/s/  SONJA F. BIVINS_____
**UNITED STATES MAGISTRATE JUDGE**